# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 14-50196
_____

CLEOPATRA DELEON; NICOLE DIMETMAN; VICTOR HOLMES; MARK PHARISS,

       Plaintiffs - Appellees

v.

RICK PERRY, in his official capacity as Governor of the State of Texas; GREG ABBOTT, in his official capacity as Texas Attorney General; DAVID LAKEY, in his official capacity as Commissioner of the Texas Department of State Health Services,

       Defendants - Appellants

_____

Appeal from the United States District Court for the
Western District of Texas, San Antonio
_____

O R D E R :

    IT IS ORDERED that appellees' opposed motion to expedite the appeal is denied.

                         /s/ James E. Graves, Jr.

                         _____
                            JAMES E. GRAVES
                        UNITED STATES CIRCUIT JUDGE